Stella Strassberg and M. Lewis, Appellees, v. Lamborn, Hutchings and Company et al., Appellants.

Gen. No. 41,302.

opinion filed December 23, 1940; rehearing denied January 6, 1941. Bell, Boyd & Marshall, for appellants; David A. Watts and Victor M. Harding, Jr., of counsel; Martin M. Gross, Samuel Block and B. Pelechowicz, for appellees. Opinion by JUSTICE McSURELY. ''Not to be published in full.''